# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover          Date: February 16, 2010
Court Reporter:     Paul Zuckerman
Probation Officer:  Laura Ansart

Criminal Action No. 09-cr-00333-MSK

*Parties*:                                   *Counsel*:

UNITED STATES OF AMERICA,                    Jaime Pena

    Plaintiff,

v.

DAVID HOAG,                                  David Miller

    Defendant.

_____

## SENTENCING MINUTES
_____

**1:42 p.m.**     **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on December 7, 2009.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure (**Doc. #54**).  No further argument from counsel.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The Government, the defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**  Government's Motion for Downward Departure (**Doc. #54**) is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**  Bond is exonerated.

**2:09 p.m.    Court in recess.**

Total Time:    27 minutes.
Hearing concluded.